MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CENTURY SURETY CO.    v.  350 W.A., LLC.                              No. 05CV1548-L(LSP)

HON. LEO S. PAPAS         CT. DEPUTY TRISH LOPEZ         Rptr. _____

Attorneys

Plaintiffs                                                           Defendants

The parties' Joint Motion to Continue Supplemental Expert Report Deadline (Doc. 57) is GRANTED.

  x    Copies to:  Counsel of Record              _____  Notified by Telephone

DATED: July 9, 2007

Hon. Leo S. Papas
U.S. Magistrate Judge