UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CENTURY SURETY COMPANY, | CASE NO. 05 CV 1548 L (LSP) |
|---|---|
| Plaintiff, | **ORDER ON DEFENDANTS' MOTION TO APPROVE SUPERSEDEAS BOND** |
| v. | |
| 350 W.A. LLC, A California limited liability company; JACQUELINE HELLEIS, individually and doing business as FLAGSHIP RESEARCH, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

On November 13, 2007 at 10:30 a.m., the Motion of 350 W.A., LLC, David A. Blackburn, The David A. Blackburn Family Trust, B&H property Systems, Inc., and 350 West Ash Urban Homes (collectively, the "Judgment Debtors") for approval of a supersedeas bond, came on for hearing before the Honorable M. James Lorenz of the above-captioned Court. Mathew Yarling of Vivoli & Associates appeared on behalf of Judgment Debtors. Marilyn Klinger of Sedgwick, Detert, Moran & Arnold, LLP appeared on behalf of judgment creditor, Century Surety Company.

///

Having considered the Judgment Debtors' Motion, all papers and evidence submitted in support of and opposition to the Motion, and the arguments of counsel:

IT IS HEREBY ORDERED that Judgment Debtors' Motion to Approve Supersedeas Bond is GRANTED on the following conditions and subject to the following procedure:

1.  The bond to be submitted pursuant to Paragraph 2 below is to be issued by surety admitted to issue surety bonds in the State of California with a Best rating of A or better in substantially the form attached hereto as Exhibit "A," in the amount of $1,500,000.  Century consents to and this Court approves American Contractors Indemnity Company as the supersedeas bond surety.  Century will have the right to object to any other surety that Judgment Debtors offer for issuance of the supersedeas bond.  The Court's execution of this Order shall signify its approval of a bond in that form and amount and its approval of American Contractors Indemnity Company ("ACIC") as the surety thereon.  If an alternate surety is proffered, the Court will enter and provide to Southern District of California Magistrate Judge Leo S. Papas, pursuant to the escrow procedure described below, a supplemental order approving the alternate surety.  Upon the Court's execution of this Order and the Supplemental Order, if necessary, Judge Papas will proceed forward with the following "escrow" procedure:

2.  On or before January 2, 2008, Judgment Debtors will deposit, in original form, a fully executed and issued supersedeas bond issued in the form and amount required by this Order with Judge Papas.

3.  On or before January 2, 2008, Century will lodge with Judge Papas releases pertaining to its levies and attachment liens on the Judgment Debtors' assets, up to the $1,500,000 amount of the bond.

4.  On or before January 2, 2008, Judgment Debtors will lodge whatever documents, in the way of deeds of trusts, other voluntary liens, security interests,

1  assignments, and UCC-1 Financing Statements as the surety issuing the
2  supersedeas bond requires in connection with its issuance of the supersedeas bond
3  to Judge Papas.  In this regard, the surety issuing the supersedeas bond will provide
4  to Judge Papas the name, mailing address, email, telephone and fax information for
5  the surety's representative.

6       5.    Upon and only upon confirmation by Judge Papas of the lodging of
7  (a) the original executed supersedeas bond in the form and amount set forth in
8  Exhibit "A" and compliance with Paragraphs 1 and 2 above, and (b) the releases
9  and documents in compliance with Paragraphs 3 and 4, above, Judge Papas will
10 (i) file the supersedeas bond with the Court, (ii) provide Century's releases to
11 counsel for the Judgment Debtors for their service, filing, and recordation as
12 appropriate, and (iii) provide the documents that the surety issuing the supersedeas
13 bond requested to its designated representative.

14      6.    Should Judge Papas determined that any of the procedures applicable
15 to the escrow described in this Order should be altered so as to effectuate the
16 purpose of this Order, including allowing Judgment Debtors to file a supersedeas
17 bond while at the same time protecting Century's rights as judgment creditor, he
18 shall issue his recommendation to this Court and, after the parties' have an
19 opportunity to be heard on his recommendation, this Court shall issue an
20 appropriate supplemental order, as necessary.

21      7.    The temporary stay as to Century's enforcement procedures with
22 respect to the judgment is continued through January 2, 2008.  Should Judge Papas
23 not receive the original executed supersedeas bond in the form and amount set
24 forth in Exhibit "A" and complying with Paragraphs 1 and 2 above by January 2,
25 2008, the stay as to Century's enforcement procedures is hereby vacated as of
26 //
27 //
28 //

1　January 2, 2008 and Century may proceed to execute upon the judgment as
2　allowed by law.
3　DATED: November 29, 2007.

*/s/ M. James Lorenz*
M. James Lorenz
Judge, United States District Court
Southern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>350 W.A. LLC, A California limited liability company; JACQUELINE HELLEIS, individually and doing business as FLAGSHIP RESEARCH,<br><br>    Defendant.<br><br>AND RELATED CROSS-ACTION | CASE NO. 05 CV 1548 L (LSP)<br><br>SUPERSEDEAS BOND<br>FRCP, Rule 62(d) |

**KNOW ALL MEN BY THESE PRESENTS:**

That we, Appellants 350 W.A., LLC, David A. Blackburn, The David A. Blackburn Family Trust, B&H Property Systems, Inc., and 350 West Ash Urban Homes (collectively, the "Judgment Debtors"), as Principals, and _____, as Surety, are held and truly bound unto Appellee Century Surety Company ("Century") as Obligee, for the purpose of satisfying the Judgment described below, plus any award of costs, fees and statutory interest in the above-captioned case, in the amount of, and not to exceed, One Million, Five-Hundred Thousand Dollars ($1,500,000), we bind ourselves and our respective successors and assigns, jointly and severally, by these presents.

WHEREAS, on September 25, 2007, this Court entered a judgment in the above-captioned case in favor of Century and against the Judgment Debtors, IN THE TOTAL AMOUNT OF $1,201,088.16 ("the Judgment"); and

WHEREAS, Judgment Debtors filed a Notice of Appeal pertaining to the Judgment on October 25, 2007, to the United States Court of Appeals for the Ninth Circuit;

NOW THEREFORE, the condition of this obligation is such that if Judgment Debtors shall pay the Judgment, plus any award of costs, fees and statutory interest incurred in the above-captioned case and/or the Appeal, or in the event that the Judgment is vacated or overturned in its entirety, then this obligation shall be null and void and released; otherwise, the obligation is to remain in full force and effect, provided, however, that the maximum liability for the Surety shall not exceed the sum of $1,500,000.

Dated: November __, 2007        350 W.A., LLC

_____
By:
Title:

Dated: November __, 2007        DAVID A. BLACKBURN

_____
By: David A. Blackburn

Dated: November __, 2007        THE DAVID A. BLACKBURN FAMILY TRUST

_____
By: David A. Blackburn
Title: Trustee

| | | |
|---|---|---|
| 1 | Dated:  November   , 2007 | B&H PROPERTY SYSTEMS, INC. |
| 2 | | |
| 3 | | By: |
| 4 | | Title: |
| 5 | Dated: November   , 2007 | 350 WEST ASH URBAN HOMES |
| 6 | | |
| 7 | | |
| 8 | | By: <br> Title: |
| 9 | | |
| 10 | Dated: November   , 2007 | [surety] |
| 11 | | |
| 12 | | By: |
| 13 | | Attorney-in-fact <br> Original Power of Attorney attached |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28