UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>350 W.A., LLC, *et al.*,<br><br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Civil No. 05-CV-1548-L(LSP)<br><br>**ORDER DENYING AS MOOT MOTION FOR RELIEF FROM JUNE 27, 2008 ORDER [doc. #200]** |

Defendant/Counterclaimant 350 W.A., LLC ("350"), and counterclaimant Blackburn, and judgment debtors The David A. Blackburn Family Trust, B&H Property Systems, Inc., and 350 West Ash Urban Homes (collectively "judgment debtors") move for relief from the Court's June 27, 2008 Order that adopted the Report and Recommendation entered in this action. Century Surety opposed the motion. In their reply, judgment debtors state that their motion will be rendered moot "because the attachment will be released as a matter of right upon satisfaction of the judgment." (Reply memo at 3.) On September 10, 2008, the judgment debtors filed an "acknowledgment of full satisfaction of judgment" signed by counsel for plaintiff, Century Surety. (*See* docket no. 205.)

Based on the judgment debtors' statement that their motion is moot in light of the full

satisfaction of judgment, judgment debtors' motion for relief from the Court's June 27, 2008 Order is **DENIED AS MOOT** [doc. #200].

  **IT IS SO ORDERED.**

DATED: September 17, 2008

              _____
              M. James Lorenz
              United States District Court Judge

COPY TO:

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL