UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 350 W.A., LLC, *et al.*, ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> AND RELATED COUNTERCLAIMS. ) <br> ) <br> ) | Civil No. 05-CV-1548-L(LSP) <br><br> **ORDER GRANTING JOINT MOTION TO RESCIND POLICY SUBJECT TO EXPRESS RETENTION OF RIGHTS AND TO DISMISS REMAINING CLAIM FOR RESCISSION [doc. #218] and VACATING THE TRIAL DATE** |

The parties have filed a joint motion that rescinds the policy at issue in this litigation subject to express reservations of rights as found in their stipulation [doc. #218] and to dismiss the remaining claim for rescission. Good cause appearing, **IT IS ORDERED** granting the joint motion under the terms found in the parties' stipulation. **IT IS FURTHER ORDERED** vacating the bench trial set for October 21, 2008.

**IT IS SO ORDERED.**

DATED: October 17, 2008

                                                                   *M. James Lorenz*
                                                                   M. James Lorenz
                                                                   United States District Court Judge

///

1 | COPY TO:

2 | HON. LEO S. PAPAS
3 | UNITED STATES MAGISTRATE JUDGE

4 | ALL PARTIES/COUNSEL